No. —, original. JOHN LAPIQUE *v.* DISTRICT COURT OF THE UNITED STATES FOR THE SOUTHERN DISTRICT OF CALIFORNIA. June 7, 1926. Motion for leave to file petition for writ of mandamus and motion for writ of error denied. *Mr. John Lapique, pro se.*

No. 786. TRANSPORTES MARITIMOS DO ESTADO *v.* L. MUNDET & SONS, INC. Appeal from the District Court of the United States for the Southern District of New York. Motion to dismiss submitted June 1, 1926. Decided June 7, 1926. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of section 238 of the Judicial Code as amended by the act of February 13, 1925, c. 229, secs. 1, 13, 43 Stat. 936, 938, 942. *Messrs. John A. McManus* and *Otis Beall Kent* for appellee, in support of the motion. *Mr. F. Dudley Kohler* for appellant, in opposition thereto.

No. —. ROBINS DRY DOCK & REPAIR COMPANY *v.* MARION L. ROBINSON, AS ADMINISTRATRIX, ETC. Error to the Supreme Court of the State of New York. On rule to show cause why the writ of error, allowed by a Justice of this Court, should not be dismissed. Submitted June 1, 1926. Decided June 7, 1926. *Per Curiam.* Dismissed upon the authority of *Stratton* v. *Stratton,* 239 U. S. 55; *Andrews* v. *Virginian Ry. Co.,* 248 U. S. 272; *Matthews* v. *Huwe,* 269 U. S. 262, 265–266; *Southern Electric Co.* v. *Stoddard, Superintendent,* 269 U. S. 186, 188–190.